IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

| | | |
|---|---|---|
| MORAN INDUSTRIES, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6:24-CV-110-GFVT |
| | ) | |
| v. | ) | |
| | ) | **COMPLAINT** |
| M.R. TRANSMISSIONS, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff Moran Industries, Inc. (hereinafter "Moran") for its Complaint against Defendant M.R. Transmissions, LLC (hereinafter "Defendant") herein alleges as follows:

### JURISDICTION AND VENUE

1. The present Complaint arises under an action for trademark infringement, unfair competition and false designation of origin under the Lanham Act, 15 U.S.C. § 1051 et seq.

2. This Court has jurisdiction over the subject matter by virtue of 28 U.S.C. §§ 1331, 1338.

3. This Court has personal jurisdiction over Defendant because Defendant purposefully availed itself of the privilege of conducting business in Kentucky. Defendant offers, markets, and promotes its services to consumers located in Kentucky by using the M.R. TRANSMISSION name in its business operations and business entity name.

1

4.  Venue lies in this District by virtue of 28 U.S.C. §§ 1391(b) and 1391(c), as a substantial part of the events giving rise to Plaintiff's claims have occurred and are continuing to occur in this District, and Defendant is deemed to reside in this judicial district inasmuch as Defendant is subject to personal jurisdiction.

## PARTIES

5.  Plaintiff Moran is an Illinois corporation having a principal place of business at 11524 W 183rd Street, Suite 100, Orland Park, Cook County, IL 60487.

6.  Defendant M.R. Transmissions, LLC is a Kentucky limited liability company operating a principal place of business at 29 Turner Subdivision Road, Corbin, Whitley County, KY 40701, located in the London Division of the Eastern District, where a substantial part of the events giving rise to the claim occurred.

## BACKGROUND

7.  Plaintiff Moran has been offering services related to automotive and transmission repair under the MR. TRANSMISSION name and trademark since as early as the 1970s. Such use has been continuous and widespread throughout the United States, and Mr. Transmission franchises have become synonymous with quality transmission repair services.

8.  Plaintiff is the owner of the U.S. Trademark Registration No. 917866 for the MR. TRANSMISSION wordmark, as well as additional Registration Nos. 1857236, 2726414, and 2829274 for related marks. These registrations are in full force and effect with use of the Mr. Transmission name dating back to at least the 1970s. Copies of the Certificates of Registration from the United States Patent and Trademark Office are attached hereto as Exhibit A.

9. Defendant operates a business located at 29 Turner Subdivision Road, Corbin, KY 40701, offering competing services in automotive transmission repair.

10. Online search results for automotive repair and "Mr Transmission" in Kentucky yield multiple results for Defendant's M.R. Transmissions business.

11. On information and belief, Defendant's adoption of the M.R. Transmissions name and the sale of services in the automotive transmission repair industry began after the adoption, use, application, and registration of the MR. TRANSMISSION trademarks by Moran.

12. There is a likelihood of confusion between Defendant's and Moran's use of the MR TRANSMISSION mark in association with automotive transmission repair services.

13. Consumers will be duped into believing that Defendant's transmission repair services are in some manner related to or sponsored by Plaintiff Moran.

14. Plaintiff has dispatched prior written and correspondence to Defendant and Defendant's registered agent regarding their use of the MR TRANSMISSION marks, thus Defendant knew or should have known their use was likely to and continues to be likely to cause confusion and mistake among consumers.

15. Such confusion has caused and will continue to cause damage to Plaintiff, the extent of which is presently unknown.

## COUNT I - TRADEMARK INFRINGEMENT

Plaintiff adopts and realleges the foregoing paragraphs 1-15 above.

16. Plaintiff Moran is the owner of U.S. Trademark Registration No. 917866, for the MR. TRANSMISSION wordmark, as well as additional Registration Nos. 1857236, 2726414, and 2829274 for related and similar marks.

17. Defendant knew or should have known that it has adopted or specifically caused others to adopt and use a confusingly similar mark to that of Plaintiff Moran. Such use is directed to services which are identical to those offered by Plaintiff and specifically directed to identical consumers.

18. Defendant's use of marketing material bearing a mark confusingly similar to that of Moran's MR. TRANSMISSION registrations is likely to cause confusion, mistake and/or deception.

19. Defendant's use of marketing material bearing a mark confusingly similar to that of Moran's MR. TRANSMISSION registrations has caused, and will continue to cause, irreparable harm to Plaintiff Moran, and unjust enrichment to Defendant.

20. Defendant's actions, on information and belief, has been and continues to be in willful and wanton disregard for the rights of Plaintiff Moran.

21. By way of such action, Defendant has violated the exclusive rights of Plaintiff Moran, which conduct comprises trademark infringement under 15 U.S.C. § 1114. On information and belief, such infringement has been and continues to be willful and wanton. Such conduct will continue unless and until enjoined by this Court.

## COUNT II - UNFAIR COMPETITION

Plaintiff adopts and realleges the foregoing paragraphs 1-21 above.

22. Plaintiff Moran is the owner of U.S. Trademark Registration No. 917866, for the MR. TRANSMISSION wordmark, as well as additional Registration Nos. 1857236, 2726414, and 2829274 for related and similar marks.

23. Defendant knew or should have known that it has adopted or specifically caused others to adopt and use a confusingly similar mark to that of Plaintiff Moran. Such use is directed to services which are identical to those offered by Plaintiff Moran and specifically directed to identical consumers.

24. Defendant's use of marketing material bearing a mark confusingly similar to Moran's MR. TRANSMISSION registrations is likely to cause confusion, mistake and/or deception.

25. Defendant's use of marketing material bearing a mark confusingly similar to Moran's MR. TRANSMISSION registrations has caused, and will continue to cause, irreparable harm to Plaintiff Moran, and unjust enrichment to Defendant.

26. Defendant's actions, on information and belief, has been and continues to be in willful and wanton disregard for the rights of Plaintiff Moran.

27. By way of such action, Defendant has violated the exclusive rights of Plaintiff Moran, which conduct comprises unfair competition, namely, among other things, false designation of origin and dilution under 15 U.S.C. § 1125. On information and belief, such infringement has been and continues to be willful and wanton. Such conduct will continue unless and until enjoined by this Court.

PRAYER FOR RELIEF

WHEREFORE Plaintiff prays:

A.  For judgment to be entered by this Court in favor of Plaintiff Moran and against Defendant;

B.  For entry of a preliminary and permanent injunction enjoining Defendant from using a mark confusingly similar to Moran's MR. TRANSMISSION trademark registrations, including use on online social media and webpages;

C.  For recovery of damages adequate to compensate Plaintiff Moran for Defendant's actions, and an increase of said damages due to the willful and wanton nature of Defendant's conduct;

D.  An assessment against Defendant of Plaintiff Moran's reasonable attorney's fees and costs of suit;

E.  For destruction of all of Defendant's infringing signage and other marketing materials;

F.  For trial by jury on all issues so triable; and

G.  For such other and further relief as the Court may deem appropriate.

Respectfully submitted,

*/s/ Jeremy Faulk*
Benjamin Riddle
Jeremy Faulk
Steptoe & Johnson PLLC
100 W Main St., Suite 400
Lexington, KY 40507
859-219-8205
benjamin.riddle@steptoe-johnson.com
jeremy.faulk@steptoe-johnson.com

and

Jovan Jovanovic (*pro hac* pending)
Aaron Sternhagen (*pro hac* pending)
The Watson IP Group, PLC
3133 Highland Drive, Suite 200
Hudsonville, MI 49426
(616) 797-1000 telephone
(616) 369-7391 facsimile
asternhagen@watson-ip.com
jjovanovic@watson-ip.com