UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

MORAN INDUSTRIES, )
)
    Plaintiff, )
) Case No. 6:24-cv-00110-GFVT
v. )
)
M.R. TRANSMISSIONS, LLC ) **ORDER**
)
    Defendant. )
)
)
)

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon Plaintiff Moran Industries, Inc.'s Notice of Voluntary Dismissal. [R. 14.] Moran seeks to dismiss its Complaint against M.R. Transmissions, LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *Id.* M.R. Transmissions, LLC has not filed an Answer nor a Motion for Summary Judgment. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Moran's claims against M.R. Transmissions, LLC are **DISMISSED WITH PREJUDICE**; and

2. Each party shall bear his, her, or its own costs and fees.

This is the 10th day of September 2024.

Gregory F. Van Tatenhove
United States District Judge